UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

JUAN M. GONZALEZ JAIME,

      Petitioner,

    v.                         CAUSE NO. 3:26cv449 DRL-SJF

SHERIFF,

      Respondent.

### ORDER

Juan M. Gonzalez Jaime, a litigant without counsel, was granted until April 27, 2026 to file an amended habeas corpus petition and either pay the $5.00 filing fee or file a motion for leave to proceed *in forma pauperis.* He was cautioned that if he did not respond by the deadline, this case was subject to dismissal without further notice for lack of prosecution. The deadline has passed and he did not take any of these steps or otherwise respond.

For these reasons, this action is DISMISSED WITHOUT PREJUDICE for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

May 11, 2026                    *s/ Damon R. Leichty*
                                  Judge, United States District Court